# First District Court of Appeal
## State of Florida

_____

No. 1D18-1281
_____

MICHAEL GREEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Russell Healey, Judge.

July 16, 2019

PER CURIAM.

In his petition for habeas corpus, the appellant attempts to collaterally attack his judgments and sentences for the third time. The trial court correctly determined that the appellant is not entitled to relief. A petition for habeas corpus is not available to seek collateral postconviction relief. *Baker v. State*, 878 So. 2d 1236, 1242 (Fla. 2004). If we review the appellant's petition as a motion for postconviction relief, the motion is time-barred because the appellant's judgments and sentences became final more than two years prior to him filing the instant motion. *See* Fla. R. Crim. P. 3.850(b); *Green v. State*, 169 So. 3d 1166 (Fla. 1st DCA 2015) (Table).

AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael Green, pro se, Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.